**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOVA SOKIC et al.,** | |
| *Plaintiffs*, | |
| v. | **Case No. 2:25-cv-05390-JDW** |
| **BANK OF AMERICA N.A et al.,** | |
| *Defendants*. | |

**ORDER**

**AND NOW**, this 10th day of April, 2026, for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendant Keybank National Association's Motion To Compel Arbitration And Stay Proceedings (ECF No. 29) is **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.